UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYE PRECISION, LLC, and LINEWEIGHT LLC, <br><br> Plaintiffs, <br> v. <br><br> DURO TEXTILES, LLC <br><br> Defendant. | Docket No. 14-cv-9012 (DLC) <br><br><br> NOTICE OF VOLUNTARY <br> <u>DISMISSAL WITHOUT PREJUDICE</u> |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Crye Precision, LLC and Lineweight LLC, by their attorneys, hereby voluntarily dismiss this action without prejudice and without costs, defendant Duro Textiles, LLC having neither served an answer to the amended complaint nor a motion for summary judgment.

Dated: New York, New York
       February 17, 2015

So ordered.
/s/ Denise Cote
2/18/15

GREENBERG TRAURIG, LLP

By:  /s/ *Robert A. Horowitz*
     Robert A. Horowitz
     horowitzr@gtlaw.com
     Lauren B. Grassotti
     grassottil@gtlaw.com
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200
*Attorneys for Plaintiffs Crye Precision LLC and Lineweight LLC*

2/18/2015